IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHIA THAO,                                                                No. CIV S-06-2206-CMK

        Plaintiff,

    vs.                                                                              ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

_____/

        Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is plaintiff's stipulated motion for a second extension of time (Doc. 17), filed on October 9, 2007.

        On March 1, 2007, the court issued a scheduling order which required plaintiff to prosecute this action by either seeking voluntary remand or filing a dispositive motion within 45 days from the date of service of the administrative record by defendant. The court's records reflect that the administrative record was served on July 17, 2007. Plaintiff previously submitted a stipulated motion for an extension of time, which was approved, giving plaintiff until October

1  12, 2007, to file a dispositive motion.  Plaintiff now seeks an additional extension of time to
2  October 26, 2007, to file a dispositive motion.  Defendant does not oppose the request.  Good
3  cause appearing therefor, the request will be granted.  Plaintiff is warned that failure to comply
4  with the court's scheduling order within the time provided in this order may result in dismissal of
5  this action for lack of prosecution and failure to comply with court orders and rules.  <u>See</u> Local
6  Rule 11-110.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     Plaintiff's motion for an extension of time (Doc. 17) is granted; and

        2.     Plaintiff shall file a dispositive motion by October 26, 2007.

DATED:  October 12, 2007

                                               /s/ Craig M. Kellison
                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE