McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHIA THAO, | CIVIL NO. 2:06-CV-02206-CMK |
|     Plaintiff, | |
|     v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to the fifteen briefs the Commissioner's counsel has had due in December and into January, and unexpected work related to appellate briefing and intra-agency opinion matters. The current due date is December 28, 2007. The new due date will be January 29, 2008.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

Respectfully submitted,

Dated: December 28, 2007

/s/ *Bess Brewer*
(As authorized via email on December 20, 2007)
BESS BREWER
Attorney for Plaintiff

Dated: December 28, 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: January 7, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE