McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHIA THAO, ) | CIVIL NO. 2:06-CV-02206-CMK |
|     Plaintiff, ) | |
|         v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a 5 day extension of time to respond to Plaintiff's motion for summary judgment.  Due to an inadvertent calendaring error, the Commissioner's counsel mistakenly believed the Commissioner's responsive motion was due January 31, 2008, instead of January 29, 2008. The Commissioner's response will be filed along with this stipulation and proposed order.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

                                                      Respectfully submitted,

| | | |
|---|---|---|
| Dated: January 31, 2008 | | /s/ *Bess Brewer*<br>(As authorized via telephone on January 31, 2008)<br>BESS BREWER<br>Attorney for Plaintiff |
| Dated: January 31, 2008 | | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | | /s/ *Elizabeth Firer*<br>ELIZABETH FIRER<br>Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED: February 1, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE