1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8937
      Facsimile:  (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CHIA THAO, ) | CIVIL NO. 2:06-CV-02206-CMK |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
|     Defendant. ) | |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time up to and including January 23, 2009, in which to respond to Plaintiff's Motion for attorney's fees.  Plaintiff filed her Motion on December 9, 2008.  At time Plaintiff filed, the undersigned Special Assistant United States Attorney was in the midst of drafting a recommendation for en banc review of the Ninth Circuit's decision in <u>Vasquez v. Astrue</u>, Docket # 06-16817, an assignment that was extremely time sensitive, and she inadvertently failed to calendar her response to Plaintiff's Motion for attorney's fees.

///

///

Respectfully submitted,

Dated: January 23, 2009

/s/ *Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

Dated: January 23, 2009

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  January 26, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE